**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MISGANU T. ANSA,

      Plaintiff,

      v.                              Case No. 18-2426-CM-TJJ

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

## MEMORANDUM AND ORDER

On October 30, 2018, United States Magistrate Judge Teresa J. James entered a Report and Recommendation (Doc. 17), recommending that this court deny plaintiff Misganu T. Ansa's Motion to Remand to State Court (Doc. 8). Plaintiff had until November 13, 2018 to file written objections to the Report and Recommendation pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Plaintiff did not file any objections. Generally, a failure to timely object to a Report and Recommendation precludes any appellate review of the disposition of the case or motion. *Morales-Fernandez v. INS*, 418 F.3d 1116, 1119 (10th Cir. 2005) ("This court has adopted a firm waiver rule under which a party who fails to make a timely objection to the magistrate judge's findings and recommendations waives appellate review of both factual and legal questions.").

The court has reviewed the Report and Recommendation of Judge James and fully agrees with the analysis. Because plaintiff failed to timely object, and further because the court agrees with Judge James's recommendation, the court finds that plaintiff's motion to remand should be denied.

**IT IS THEREFORE ORDERED** that the court adopts in full the Report and Recommendation of Judge James (Doc. 17). Plaintiff's Motion to Remand to State Court (Doc. 8) is denied.

Dated January 25, 2019, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA**
**United States District Judge**